**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   22-cr-00076-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALMUNDO CRUZ SINGER,

      Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about January 13, 2022, in the State and District of Colorado, the defendant, Almundo Cruz Singer, did knowingly escape from custody in Independence House South Federal, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for New Mexico upon conviction for the commission of Involuntary Manslaughter in violation of Title 18, United States Code, Sections 1112(a), 1112(b), and 1153(a).

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney

s/Albert Buchman
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0203
E-mail:   Al.Buchman@usdoj.gov

2