| | |
|---|---|
| DEFENDANT: | ALMUNDO CRUZ SINGER |
| AGE or YOB: | 1987 |
| COMPLAINT FILED? | _____ Yes   ___X___ No |
| OFFENSE(S): | Count 1: 18 U.S.C. § 751, Escape |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1 and 2: NMT 5 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Deputy US Marshal Thomas Rohn<br>US Marshals Service |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention *is not* applicable to this defendant.