IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00076-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALMUNDO CRUZ SINGER,

      Defendant.

---

**NOTICE OF APPEARANCE**

---

      The Office of the Federal Public Defender, through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Almundo Cruz Singer.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      /s/ Matthew K. Belcher
      MATTHEW K. BELCHER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, Colorado 80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: Matthew_Belcher@fd.org
      Attorney for Defendant

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

## CERTIFICATE OF SERVICE

      I certify that on March 3, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

      Albert C. Buchman, Assistant U.S. Attorney at al.buchman@usdoj.gov

and that the document or paper will be mailed or served to the following non-CM/ECF participant in the manner indicated:

      Almundo Cruz Singer
      via mail

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
Office of the Federal Public Defender

2