IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00076-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALMUNDO CRUZ SINGER,

        Defendant.

---

**UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE**

---

        Defendant Almundo Cruz Singer, through Assistant Federal Public Defender Matthew K. Belcher, requests that this Court extend the pretrial motions deadline, along with the response deadline, by one week. In support thereof, undersigned counsel would show as follows:

        1.    On January 24, 2022, Mr. Singer was charged in a one-count Indictment with Escape, 18 U.S.C. § 751(a).

        2.    Mr. Singer appeared in federal court for his arraignment, discovery conference, and detention hearing on March 4, 2022.

        3.    Subsequently, this Court scheduled a jury trial to commence on May 9, 2022. Additionally, this Court set a pretrial motions deadline of March 16, 2022, and a responses to motions deadline of March 23, 2022.

4. On March 4, 2022, undersigned counsel was provided with discovery, to include 120 pages of traditional discovery and several videos. This discovery was uploaded and made available for undersigned counsel's review on March 7, 2022.

5. Despite due diligence, the seven business days between receiving the discovery and today's pretrial motions deadline have not provided undersigned counsel sufficient time to review the discovery, visit Mr. Singer in jail and review the discovery with him, further investigate the allegation, and effectively research and prepare any necessary pretrial motions.

6. Accordingly, undersigned counsel requests that the Court extend the pretrial motions deadline by one week, from March 16, 2022, to March 23, 2022. Additionally, undersigned counsel requests that the Court extend the response deadline by one week, from March 23, 2022, to March 30, 2022. No other deadlines, including the trial itself, will be affected by this short extension.

7. Undersigned counsel has conferred with counsel for the government, Al Buchman, who indicated that the government is not opposed to the one week extension of both the pretrial motions and responses to motions deadlines.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel requests that the Court extend both the pretrial motions deadline and response motions deadline by one week. Such an extension is necessary to provide undersigned counsel sufficient time to review the discovery and effectively advise Mr. Singer on how best to proceed.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Matthew_Belcher@fd.org
    Attorney for Defendant

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

## CERTIFICATE OF SERVICE

      I certify that on March 16, 2022, I electronically filed the foregoing *Unopposed Motion to Extend Pretrial Motions Deadline* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

      Albert C. Buchman, Assistant U.S. Attorney, at al.buchman@usdoj.gov

and that the document or paper will be mailed or served to the following non-CM/ECF participant in the manner indicated:

      Almundo Cruz Singer
      via mail

      /s/ Matthew K. Belcher
      MATTHEW K. BELCHER
      Assistant Federal Public Defender
      Office of the Federal Public Defender