IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00076-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALMUNDO CRUZ SINGER,

      Defendant.

---

## NOTICE OF DISPOSTION
---

      Defendant Almundo Cruz Singer, through Assistant Federal Public Defender Matthew K. Belcher, notifies this Court that he intends to plead guilty without the benefit of a plea agreement with the government. Undersigned counsel requests that the parties be allowed to contact chambers to set a Change of Plea Hearing.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      /s/ Matthew K. Belcher
      MATTHEW K. BELCHER
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, Colorado 80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: Matthew_Belcher@fd.org
      Attorney for Defendant

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

## CERTIFICATE OF SERVICE

      I certify that on March 23, 2022, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert C. Buchman, Assistant U.S. Attorney, at al.buchman@usdoj.gov

and that the document or paper will be mailed or served to the following non-CM/ECF participant in the manner indicated:

    Almundo Cruz Singer
    via mail

                                /s/ Matthew K. Belcher
                                MATTHEW K. BELCHER
                                Assistant Federal Public Defender
                                Office of the Federal Public Defender