**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| | |
|---|---|
| Courtroom Deputy: Heidi L. Guerra | Date: May 4, 2022 |
| Court Reporter: Julie Thomas | Interpreter: n/a |
| Probation: n/a | |

**CASE NO.**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| ALMUNDO CRUZ SINGER, | Matthew Kyle Belcher |
| Defendant. | |

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

**3:31 p.m.      Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

Defendant advised regarding:

  1) Plea of Guilty and Statement of Facts Relevant to Sentencing;
  2) Statement by Defendant in Advance of Plea of Guilty;
  3) The maximum and minimum penalties;
  4) The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is re-arraigned on Count 1 of the Indictment. Defendant pleads guilty to Count 1 of the Indictment.

Oral findings are made of record.

**ORDER:** Plea of Guilty and Statement by Defendant in Advance of Plea of Guilty are received.

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in Count 1 of the Indictment.

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set for **August 4, 2022 at 1:30 p.m.** in Courtroom A1002, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby VACATED.   Any pretrial motions that are pending are hereby declared moot.

**ORDER:** Any objections to the presentence report and any motions for departure or variance will be filed within 14 days of receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1).   Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date. (**Any requests by the Government for preliminary forfeiture shall be done by written motion**.).

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**3:48 p.m.**   **Court in recess. Hearing concluded.**

**Total Time:**   **17 minutes**