

Case Report #: EPD22-00390

## Incident Report

**EVENT**

| Address | Apt | City | State | Zip Code | Response Area |
|---|---|---|---|---|---|
| S LOGAN ST / E LEHIGH AVE | | ENGLEWOOD | CO | 80113 | EN104 |

| Date Reported | Occurred From | Occurred To |
|---|---|---|
| 01/16/22 - 14:13 PM - Sun | 01/16/22 - 14:13 PM - Sun | 01/16/22 - 15:00 PM - Sun |

☐ Domestic Violence  ☐ School Incident  ☐ Gang Related

Event Awareness: Not Applicable

**OFFENSE**

Offense: 16-19-103 - EXTRADITION - WARRANTS ONLY

Degree:

### PERSONS SUMMARY

| Role | Name (Last Suffix, First Middle) | Race | Sex | DOB | STATEMENT TYPE |
|---|---|---|---|---|---|
| SUSPECT | SINGER, ALMUNDO CRUZ | W | M | 07/18/1987 | Video |
| SUBJECT | KOSSOFF, JAROD ALEXANDER | W | M | 06/29/2001 | Video |
| MISC. ASSOCIATED NAMES | ESTHER, HERRING SARAI | W | F | 05/23/1982 | None |

### OFFICERS

| Involvement Type | Officer Name | Date |
|---|---|---|
| SUPPLEMENTING | GERSON, JACOB J EN1301 | 01/16/22 - 16:25 PM - Sun |
| REPORTING | WALZ, WILLIAM C EN1601 | 01/16/22 - 14:29 PM - Sun |
| SUPPLEMENTING | SHELEY, DAN E EN11-03 | 01/16/22 - 18:57 PM - Sun |
| SUPPLEMENTING | KENNEDY, AARON M EN2101 | 01/16/22 - 22:14 PM - Sun |
| SUPPLEMENTING | ALLEN, BRYCE E EN1606 | 01/16/22 - 22:33 PM - Sun |
| APPROVING | JESSEN, DAVE J EN01-03 | 01/17/22 - 02:34 AM - Mon |
| APPROVING | JESSEN, DAVE J EN01-03 | 01/17/22 - 02:34 AM - Mon |
| APPROVING | JESSEN, DAVE J EN01-03 | 01/17/22 - 02:34 AM - Mon |
| APPROVING | JESSEN, DAVE J EN01-03 | 01/17/22 - 02:34 AM - Mon |
| APPROVING | SHELEY, DAN E EN11-03 | 01/17/22 - 14:01 PM - Mon |
| SUPPLEMENTING | SMITH, DIRK A EN96-11 | 01/17/22 - 14:56 PM - Mon |
| APPROVING | SHELEY, DAN E EN11-03 | 01/17/22 - 15:27 PM - Mon |

**EPD CONTROLLED DOCUMENT - DO NOT DUPLICATE**
City of Englewood Police Department 3615 S Elati Street, Englewood, Colorado 80110

Printed By: Diaz, Renee    Printed: 01/24/22 02:55    Page 1 of 5

RELEASED FROM ENGLEWOOD RECORDS

 

Case Report #: EPD22-00390

## Incident Report

**OFFICERS**

| Involvement Type | Officer Name | Date |
|---|---|---|
| APPROVING | JESSEN, DAVE J EN01-03 | 01/17/22 - 02:32 AM - Mon |
| Involvement Type | Officer Name | Date |
| REPORTING | WALKINSHAW, JOHN EN2106 | 01/16/22 - 14:28 PM - Sun |

**SUSPECTS**

Arrested: YES

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| SINGER | ALMUNDO | CRUZ | |

| Date of Birth | Age to | Age From | Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| 07/18/1987 | 34 | | WHITE | MALE | 507 | 180 | BLACK | BROWN |

| Main Address | Apartment | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| TRANASIENT | | | | | |

| Phone 1 Type | Phone 1 | Phone 2 Type | Phone 2 | Phone 3 Type | Phone 3 |
|---|---|---|---|---|---|

| License Number | License State | SSN | Marital Status | SID Number | FBI Number |
|---|---|---|---|---|---|
| D04812583 | AZ | 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 | UNKNOWN | | |

**INVOLVED PARTY**

Type: SUBJECT

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| KOSSOFF | JAROD | ALEXANDER | |

| Date of Birth | Age to | Age From | Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| 06/29/2001 | 20 | | WHITE | MALE | 510 | 140 | BROWN | BROWN |

| Main Address | Apartment | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| 3798 S BROADWAY | C | ENGLEWOOD | CO | 80113 | |

| Phone 1 Type | Phone 1 | Phone 2 Type | Phone 2 | Phone 3 Type | Phone 3 |
|---|---|---|---|---|---|

| License Number | License State | SSN | Marital Status | SID Number | FBI Number |
|---|---|---|---|---|---|
| 170680964 | CO | | | | |

Type: MISC. ASSOCIATED NAMES

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| ESTHER | HERRING | SARAI | |

| Date of Birth | Age to | Age From | Race | Sex | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| 05/23/1982 | 39 | | WHITE | FEMALE | 504 | 195 | BROWN | BROWN |

 

Case Report #: EPD22-00390

## Incident Report

### INVOLVED

| Main Address | Apartment | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| 14527 E 12TH AVE | | AURORA | CO | 80011 | US |

| Phone 1 Type | Phone 1 | Phone 2 Type | Phone 2 | Phone 3 Type | Phone 3 |
|---|---|---|---|---|---|
| | (303) 762-7992 | | | | |

| License Number | License State | SSN | Marital Status | SID Number | FBI Number |
|---|---|---|---|---|---|
| 002291030 | CO | 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 | | | |

### VEHICLES

| License Plate Number | License Plate State | VIN | Vehicle Type |
|---|---|---|---|
| | | | |

| Make | Model | Color | Serial |
|---|---|---|---|
| | | ALUM/SILVER | |

### PROPERTY

| Property Value | Recovery Value of Stolen Property | Date/Time of Recovered Stolen Property |
|---|---|---|
| $1 | | |

| Quanity | Property Status/Property Loss | Hold Reason | Type-Category |
|---|---|---|---|
| #Error | | FOUND PROPERTY | OTHER (ALL PROPERTY NOT FITTING SPECIFIC DESCRIPTIONS) |

**Description**
METAL BRIEF CASE

**Related Offense**
-

| Make | Model | Color | Serial |
|---|---|---|---|
| | | | 002291030 |

| Property Value | Recovery Value of Stolen Property | Date/Time of Recovered Stolen Property |
|---|---|---|
| $1 | | |

| Quanity | Property Status/Property Loss | Hold Reason | Type-Category |
|---|---|---|---|
| #Error | | SAFE KEEPING | IDENTITY DOCUMENTS |

**Description**
COLORADO ID CARD

**Related Offense**
-

---

### NARRATIVE - SUPPLEMENTAL REPORT- GERSON, JACOB J EN1301

| Digital Evidence | Body Camera | Dash Camera | Victim Right Act |
|---|---|---|---|
| NO | YES | YES | NO |

This report is written from my recollection of events. This written report is not intended to be interpreted to be a verbatim account of the incident documented. My department issued body-worn camera was recording at the time of this incident in accordance with Englewood Police Department Policy #347. The existence of body-worn camera video is documented in the written report and such video may contain details and/or statements that were not reflected in the written report.

On 01/16/2022 at 1413 Ofc Walkinshaw, Walz and I responded to 3801 S. Logan St on the report of possible trespassers in a vacant house.

Ofc Walkinshaw observed two people inside and found the front door was unlocked. We contacted the two males inside and had them sit on the floor away from several knives.

One male was positively identified and the second gave a false name. After the male was fingerprinted it was leaned he had a felony no bond warrant. The male was placed in custody and transported to the Englewood Police Dept.

NFAT.

### NARRATIVE - ORIGINAL REPORT- WALZ, WILLIAM C EN1601

**EPD CONTROLLED DOCUMENT - DO NOT DUPLICATE**
City of Englewood Police Department 3615 S Elati Street, Englewood, Colorado 80110

Printed By: Diaz, Renee   Printed: 01/24/22 02:55   Page 3 of 5

RELEASED FROM ENGLEWOOD RECORDS




Case Report #: EPD22-00390

# Incident Report

| Digital Evidence | Body Camera | Dash Camera | Victim Right Act |
|---|---|---|---|
| NO | YES | YES | NO |

This report is written from my recollection of events. This written report is not intended to be interpreted to be a verbatim account of the incident documented. My department issued body-worn camera was recording at the time of this incident in accordance with Englewood Police Department Policy #347. The existence of body-worn camera video is documented in the written report and such video may contain details and/or statements that were not reflected in the written report.

On 011722 at approx 1413 hours, I was dispatched to S Logan /E Leigh, 3801 S Logan St, on the report of a trespass in progress. Dispatch advised that the house should be vacant. Upon arrival, I could see that there as heat coming out of the chimney. Officer Walkinshaw contacted 2 subjects inside the house. They both verbally identified themselves. One subject identified himself as Jared Kossoff 062901, which I was able to verify. The other subject identified himself as John Stevens 071888. I was not able to locate anyone by that name. After giving the subject many opportunities to correct the name given. I retrieved a mobile finger print scanner. I scanned the subject's fingerprint. The scanner identified the subject as Almundo Cruz Singer 071887. Dispatch located a warrant for Singer for homicide. Singer was arrested with out incident. We were unable to secure the house due to several broken windows. Kossoff gathered his belongings and left the residence. I transported Singer to there the station and he was later transported to Arapahoe County Jail. NFAT

### NARRATIVE - SUPPLEMENTAL REPORT- SHELEY, DAN E EN11-03

| Digital Evidence | Body Camera | Dash Camera | Victim Right Act |
|---|---|---|---|
| NO | NO | NO | NO |

I did not respond to this call.

### NARRATIVE - SUPPLEMENTAL REPORT- KENNEDY, AARON M EN2101

| Digital Evidence | Body Camera | Dash Camera | Victim Right Act |
|---|---|---|---|
| NO | YES | YES | NO |

This report is written from my recollection of events. This written report is not intended to be interpreted to be a verbatim account of the incident documented. My department issued body-worn camera was recording at the time of this incident in accordance with Englewood Police Department Policy #347. The existence of body-worn camera video is documented in the written report and such video may contain details and/or statements that were not reflected in the written report.

On 01-16-2022 at approximately 1731 hours, I, Officer Aaron Kennedy #21-01, transported ALMUNDO SINGER 07-18-87 to the Arapahoe County Jail from the Englewood Police Station. ALMUNDO was jailed on his Felony Warrant out of the U.S. Marshall's Office(Warrant #221301130775A).

NFAT

### NARRATIVE - SUPPLEMENTAL REPORT- ALLEN, BRYCE E EN1606

| Digital Evidence | Body Camera | Dash Camera | Victim Right Act |
|---|---|---|---|
| NO | NO | NO | NO |

I was attached to this case in error. I took no actions.

### NARRATIVE - SUPPLEMENTAL REPORT- SMITH, DIRK A EN96-11

| Digital Evidence | Body Camera | Dash Camera | Victim Right Act |
|---|---|---|---|
| NO | NO | NO | NO |

EPD CONTROLLED DOCUMENT - DO NOT DUPLICATE
City of Englewood Police Department 3615 S Elati Street, Englewood, Colorado 80110

Printed By: Diaz, Renee          Printed: 01/24/22 02:55          Page 4 of 5

RELEASED FROM ENGLEWOOD RECORDS

 

Case Report #: EPD22-00390

## Incident Report

This report is written from my recollection of events. This written report is not intended to be interpreted to be a verbatim account of the incident documented. My department issued body-worn camera was recording at the time of this incident in accordance with Englewood Police Department Policy #347. The existence of body-worn camera video is documented in the written report and such video may contain details and/or statements that were not reflected in the written report.

I did not go to this call.

**NARRATIVE - SUPPLEMENTAL REPORT- WALKINSHAW, JOHN EN2106**

| Digital Evidence | Body Camera | Dash Camera | Victim Right Act |
|---|---|---|---|
| NO | YES | YES | NO |

This report is written from my recollection of events. This written report is not intended to be interpreted to be a verbatim account of the incident documented. My department issued body-worn camera was recording at the time of this incident in accordance with Englewood Police Department Policy #347. The existence of body-worn camera video is documented in the written report and such video may contain details and/or statements that were not reflected in the written report.

On Jan.16th, 2022, at approximately 1413hrs, officers were dispatched to 3801 Logan St, on a report of trespassers living in the vacant property. We arrived on scene and caught two party's in the living room of the house, that appeared to be living in the house. Neither party had an ID so I took down their names and dates of birth. Jared Kossoff 06/29/01, gave me valid information, which indicated Jared was clear of any warrants. The other party gave the name of John Stevens 07/18/88. That information had no record, but John, later identified as Almundo Singer 07/18/87, continued to state that name and date of birth was his correct information. We remained on scene for approximately 45-minutes attempting to use police resources to find a record on Almundo. While Officer Walz and Gerson worked on trying to identify Almundo, whom still claimed his name was john, I looked around the room where their property was stashed.

On a cabinet, I found two bullets. One of the bullets was a 9mm, "Snap-cap," the other was a hollow point 380-caliber bullet. Eventually, with the help of a finger print reader, we located a record on Almundo, which indicated he had a homicide warrant out of Virginia. Almundo was taken into custody and transported to the police department. While Almundo was being escorted out of the vacant house, I remained with Jared, asking about the bullet I found. Jared told me he and Almundo, whom he knew as John, only met last night at a nearby Seven Eleven. Jared said he and Almundo ran into a guy he, (Jared) knows as Vinay  Jared said Vinay directed him and Almundo to this property where they could stay for the night. Jared said at no time in the time he met Almundo to now did he display a gun or even mention he had a gun. Jared explained the bullets I found were in the vacant house when they got there, finding them lying about today in the sun light.

Jared said the property in the house was his and allowed me to search the property for a gun. I and Officer Waltz, who just returned, search through the property and around the vacant house, but didn't find a gun. Jared was instructed to gather his stuff and get out of the house, which he did. Jared did point out an abandoned metal brief case that was in the vacant house when they got there, stating he didn't know who's it was. Officer Walz and i looked in the case, which had old drug paraphrenia, charging cords and other odd items, including an Colorado ID card. I collected the the ID out of the briefcase and secured the briefcase to book both into evidence. When I returned to the PD, I booked the briefcase in as found property and the ID card in for safekeeping.

EPD CONTROLLED DOCUMENT - DO NOT DUPLICATE
City of Englewood Police Department 3615 S Elati Street, Englewood, Colorado 80110

Printed By: Diaz, Renee    Printed: 01/24/22 02:55    Page 5 of 5

RELEASED FROM ENGLEWOOD RECORDS