# Exhibit 1

3801 S Logan Street, Englewood, CO 80113

https://www.corcoranperry.com/real-estate/3801-s-logan-street-englewood-co-80113/3658944/110160758



3801 S Logan Street, Englewood, CO 80113 - SOLD
$325,000 - Mansfield Add





## About This Property

3 Beds    1 Baths    731 SQ.FT.    MLS# 3658944

INCREDIBLE INVESTMENT OPPORTUNITY FOR A DEVELOPER OR SOMEONE
WHO WANTS TO BUILD THEIR DREAM HOME - BACK ON THE MARKET DUE
TO AN INVESTORS CHANGE OF PLANS. Looking for an investor or buyer who
wants a great corner lot in Englewood. Property is being sold as is. Building
plans available for a 2 story 3,000+ square foot home with a 2 car garage and
additional ADU/Cottage House. The ADU/Cottage House could provide
excellent rental income!!! Permits acquired, ILC, soil AND asbestos testing
done and much much more. There are new kitchen cabinets in the kitchen
which can be moved to the ADU. No HOA covenants or rules. The property is
located in the heard of Englewood very close to Schools (new school up the
block), Public Transportation, Englewood Light Rail Station, Old Town
Englewood, Plenty of New Nearby Restaurants, Shopping, Highways,
Downtown Denver, DTC, Mally Rec Centers and Swedish Medical Center. Come
check out the earning potential on this one!

Listing Provided by Compass - Denver   RE●COLORADO°

## Property Details

| | | | |
|---|---|---|---|
| List Price: | $385,000 | Status: | Closed |
| MLS ID: | 3658944 | Town: | Englewood |
| Beds: | 3 | Property Type: | Residential |
| Baths: | 1 | Price Per Square Foot: | $526.68 |
| Living Area: | 731 sqft | Taxes: | 1,540 |

3801 S Logan Street, Mansfield Add, Englewood, CO 80113



3801 S Logan Street, Mansfield Add, Englewood, CO 80113



3801 S Logan Street, Mansfield Add, Englewood, CO 80113





3801 S Logan Street, Mansfield Add, Englewood, CO 80113

3801 S Logan Street, Mansfield Add, Englewood, CO 80113 ✕



3801 S Logan Street, Mansfield Add, Englewood, CO 80113

