IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Criminal Case No.: 22-cr-00076-DDD | Date: August 4, 2022 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Julie Thomas |
| Probation Officer:  Kelly Muller | Interpreter: N/A |

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,                Albert C. Buchman

    Plaintiff,

v.

1. ALMUNDO CRUZ SINGER,                 Matthew K. Belcher

    Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**

**1:34 p.m.      Court in session**.

Defendant present, in custody.

**Change of Plea Hearing on May 4, 2022. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. Statements made by counsel for Government, counsel for Defendant, and Defendant on his own behalf.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Argument made by counsel for Government and counsel for Defendant.

**ORDERED:** [23] Defendant's Motion for Variant Sentence is **GRANTED IN PART.**

**ORDERED:** Defendant is sentenced to a term of imprisonment of **9 months.** Upon release from imprisonment, no further term of supervised release shall be imposed.

**Conditions and special conditions as set forth on the record.**

Defendant advised of right to appeal.

**ORDERED:** Defendant **REMANDED** to the custody of the U.S. Marshal.

**2:12 p.m.     Court in recess.     Hearing concluded.          Total time: :38**